# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| | | | |
|---|---|---|---|
| **Case Number:** | 15-01016 GTJ | **Trustee:** (420390) | Thomas C. Richardson |
| **Case Name:** | ENERGETX COMPOSITES, LLC | **Filed (f) or Converted (c):** | 02/26/15 (f) |
| | | **§341(a) Meeting Date:** | 04/27/15 |
| **Period Ending:** | 12/31/16 | **Claims Bar Date:** | 06/04/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Fifth Third Bank account (General Business Acc.) | 0.00 | 160,787.97 | | 160,787.97 | FA |
| 2 | Accounts Receivable See attached summary | 351,766.09 | 1,000.00 | | 14,097.39 | FA |
| 3 | Petty Cash 725 E. 40th Street, Holland, MI 49423 | 87.52 | 87.52 | | 86.26 | FA |
| 4 | Payroll Account (Macatawa Bank) | 7,885.26 | 6,219.68 | | 6,219.68 | FA |
| 5 | Business Checking Account (Bank of Holland) | 4,968.90 | 0.00 | | 4,960.23 | FA |
| 6 | Office Equipment | 9,709.40 | 0.00 | | 0.00 | FA |
| 7 | Machinery and Equipment | 903,561.96 | 100,000.00 | | 853,011.20 | FA |
| 8 | Raw Material, Supplies, Work in Progress See att | 64,702.39 | 0.00 | | 0.00 | FA |
| 9 | Fifth Third Bank Account (duplicate of asset 1) | 0.00 | 0.00 | | 0.00 | FA |
| 10 | Flex Account (Fifth Third Bank) | 0.00 | 0.00 | | 0.00 | FA |
| 11 | Asset Insurance, Policy No. 31-1-77763, Expirati | 0.00 | 0.00 | | 0.00 | FA |
| 12 | Short Term and Long Term Disability, Policy No. | 0.00 | 0.00 | | 0.00 | FA |
| 13 | Employee Life Insurance, Policy No. 601992 UNUM, | 0.00 | 0.00 | | 0.00 | FA |
| 14 | Employee Life Long Term Disability, Policy No. 6 | 0.00 | 0.00 | | 0.00 | FA |
| 15 | License Agreement - Aeroblade AB45 | Unknown | 0.00 | | 0.00 | FA |
| 16 | UCC Financing Statement<br>Imported from Schedule D, not an asset. | 0.00 | 0.00 | | 0.00 | FA |
| 17 | UCC Financing Statement<br>Imported from Schedule D, not an asset. | 0.00 | 0.00 | | 0.00 | FA |
| 18 | Avoidance Actions  (u) | Unknown | 0.00 | | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

| | | |
|---|---|---|
| **Case Number:** | 15-01016 GTJ | |
| **Case Name:** | ENERGETX COMPOSITES, LLC | |
| **Period Ending:** | 12/31/16 | |

| | |
|---|---|
| **Trustee:** (420390) | Thomas C. Richardson |
| **Filed (f) or Converted (c):** | 02/26/15 (f) |
| **§341(a) Meeting Date:** | 04/27/15 |
| **Claims Bar Date:** | 06/04/15 |

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | not pursued per settlement with insiders | | | | | |
| **18** | **Assets** **Totals** (Excluding unknown values) | **$1,342,681.52** | **$268,095.17** | | **$1,039,162.73** | **$0.00** |

**Major Activities Affecting Case Closing:**

1/4/17 await tax returns being prepared by A Mitchell  12/8/16  Order approving interim disbursements; payments made  12/6/16  tc CHK re 401k  11/4/16  Petition for Interim Disbursement  9/6/16  tc Bob Mollhagen re insider claims  8/4/16  tc CHK re docs for tax returns  7/28/16  tc S Rayman re docs  7/8/16  tc S Rayman re records  6/27/16  to debtor's facility in Holland re old records  5&6/2016  severals emails w/ S Rayman and Andy Mitchell re tax returns  2/26/16  Order Approving settlement w/ secured creditors  1/19/16  send W-2's  12/28/15  $92,769 rec'd from sale  12/8/15  settlement conference w/ secured creditor & attorneys  10/10/15 rvw Rayman & Knight fee appl.  10/7/15  sale motion filed for remaining equipment  10/1/15  motions re Flex Plan and 401k filed  9/28/15  file abandonment of DeWing & DowAksa property  8/10/15 - order to pay pre-petition wages, etc.;  8/10/15 - order to refund portion of sale proceeds; 8/3/15 - attend hearing on motion to refund portion of sale proceeds; 7/23/15 - motion to refund portion of sale proceeds; 7/23/15 - motion to disburse funds from sale; 7/9/15 - hearing held on motion to pay pre-petition wages, etc.; 7/7/15 - hearing and courtroom auction re sale to Composite Builders; 6/23/15 - motion to pay pre-petition wages, etc.; 6/18/15 - attend hearing on sale to Composite Builders; 6/1/15 - motion to sell personal property; 4/27/15 - conduct 341 exam; 4/15/15 - attend hearing on sale to S2 Yachts; 4/10/15 - meeting with Robert and David Slikkers and counsel in GR; 3/28/15 - review Schedules; 3/27/15 - attention to motion for sale of personal property, etc.; 3/12/15 - attend hearing on sale of personal property to Northern Supply; 3/5/15 - attend hearing on Northern Supply motion for relief from stay; 3/4/15 - meeting with David Slikkers, Kelly Slikkers, and Cody Knight at debtors' place of business;

**Initial Projected Date Of Final Report (TFR):**  December 1, 2015          **Current Projected Date Of Final Report (TFR):**  April 1, 2017

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| | | |
|---|---|---|
| **Case Number:** | 15-01016 GTJ | |
| **Case Name:** | ENERGETX COMPOSITES, LLC | |
| **Taxpayer ID #:** | **-***4071 | |
| **Period Ending:** | 12/31/16 | |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/05/15 | {1} | Fifth Third Bank | CLOSE ACCOUNT AT FIFTH THIRD BANK | 1290-000 | 160,787.97 | | 160,787.97 |
| 03/09/15 | {2} | University of Minnesota | AR | 1121-000 | 1,700.00 | | 162,487.97 |
| 03/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 242.50 | 162,245.47 |
| 04/22/15 | | From Account #******9167 | Transfer to regular checking account | 9999-000 | 6,219.68 | | 168,465.15 |
| 04/28/15 | {3} | Energetx Composites, LLC | 4~$87.51 petty cash minus $1.25 money order fee | 1129-000 | 86.26 | | 168,551.41 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 249.05 | 168,302.36 |
| 05/29/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 254.51 | 168,047.85 |
| 06/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 284.00 | 167,763.85 |
| 07/09/15 | {2} | unum | termination refund | 1121-000 | 15.95 | | 167,779.80 |
| 07/15/15 | {3} | Energetx Composites, LLC | petty cash turned over 4/27/15~got money order 4/28/15 | 1129-000 | 87.51 | | 167,867.31 |
| 07/15/15 | {2} | unum | Accounts Receivable | 1121-000 | 45.60 | | 167,912.91 |
| 07/15/15 | {2} | unum | Accounts Receivable | 1121-000 | 233.70 | | 168,146.61 |
| 07/15/15 | {3} | Energetx Composites, LLC | Reversed Deposit 100005 1 petty cash turned over 4/27/15~got money order 4/28/15 | 1129-000 | -87.51 | | 168,059.10 |
| 08/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 236.66 | 167,822.44 |
| 09/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 257.50 | 167,564.94 |
| 10/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 241.01 | 167,323.93 |
| 11/04/15 | 101 | Peter J. Beebe<br>1613 Kelly Ridge Drive<br>Holland, MI 49424 | distribution of employee flex plan funds | 5400-000 | | 708.48 | 166,615.45 |
| 11/04/15 | 102 | Martin J. Kupres<br>6417 Ototeman Trail<br>Saugatuck, MI 49453 | Distribution of employe flex plan funds | 5400-000 | | 96.25 | 166,519.20 |
| 11/04/15 | 103 | Kelly Slikkers<br>6573 Creekwood Lane | Distribution of employee flex plan funds | 5400-000 | | 1,327.10 | 165,192.10 |

| | | | | Subtotals : | $169,089.16 | $3,897.06 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 15-01016 GTJ |
| Case Name: | ENERGETX COMPOSITES, LLC |
| Taxpayer ID #: | **-***4071 |
| Period Ending: | 12/31/16 |

| Trustee: | Thomas C. Richardson (420390) |
| Bank Name: | Rabobank, N.A. |
| Account: | ******9166 - Checking Account |
| Blanket Bond: | $2,000,000.00   (per case limit) |
| Separate Bond: | N/A |

| 1<br><br>Trans.<br>Date | 2<br><br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br><br>Receipts<br>$ | 7<br><br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Holland, MI 49423 | | | | | |
| 11/04/15 | 104 | Kenneth R. Westmaas<br>6575 Balsam Drive<br>Apt. 103<br>Hudsonville, MI 49426 | distribution of employee flex plan funds | 5400-000 | | 452.14 | 164,739.96 |
| 11/05/15 | 105 | City of Holland<br>Ronald J. Vander Veen<br>321 Settlers Road<br>Holland, MI 49423 | Paid per Order dated 11-4-15 | 4210-000 | | 24,066.95 | 140,673.01 |
| 11/05/15 | 106 | RAYMAN & KNIGHT<br>141 E. MICHIGAN AVENUE<br>SUITE 301<br>KALAMAZOO, MI 49007 | Attorney fees | 3210-000 | | 35,903.00 | 104,770.01 |
| 11/05/15 | 107 | RAYMAN & KNIGHT<br>141 E. MICHIGAN AVENUE<br>SUITE 301<br>KALAMAZOO, MI 49007 | Attorney expenses | 3220-000 | | 2,733.64 | 102,036.37 |
| 11/05/15 | 108 | Brandon T. Allen<br>12066 Flacon Lane<br>Apt. 6<br>Holland, MI 49424 | Gross wages: $334.44  - $25.59 taxes; paid per Order dated 8/10/15 | 5300-000 | | 308.85 | 101,727.52 |
| 11/05/15 | 109 | Kenneth T. Allen<br>3940 Mayfield Avenue<br>Apt. 12<br>Grand Rapids, MI 49525 | Gross wage: $539.16 - $41.28 taxes; paid per Order dated 8/10/15 | 5300-000 | | 497.88 | 101,229.64 |
| 11/05/15 | 110 | Tyler J. Andry<br>13862 N. Traditions Way<br>Holland, MI 49424 | Gross wages: $194.13 - $38.10 taxes.  Paid per Order dated 8/10/15.<br>Stopped on 01/25/16 | 5300-000 | | 156.03 | 101,073.61 |

| | Subtotals : | $0.00 | $64,118.49 |

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-01016 GTJ | | **Trustee:** | Thomas C. Richardson (420390) | | |
| **Case Name:** | ENERGETX COMPOSITES, LLC | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******9166 - Checking Account | | |
| **Taxpayer ID #:** | **-***4071 | | **Blanket Bond:** | $2,000,000.00   (per case limit) | | |
| **Period Ending:** | 12/31/16 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/15 | 111 | Donovan Barnes<br>420 East Main Street<br>Hopkins, MI 49328 | Gross wages: $384.00 - $67.70 taxes.  Paid<br>per Order dated 8/10/15.<br>Stopped on 03/09/16 | 5300-000 | | 316.30 | 100,757.31 |
| 11/05/15 | 112 | Bryce Bergman<br>801 Franklin Avenue<br>Grand Haven, MI 49417 | Gross wages: $1,981.35 - $527.78 taxes. Paid<br>per Order dated 8/10/15. | 5300-000 | | 1,453.57 | 99,303.74 |
| 11/05/15 | 113 | Wayne T. Buttery<br>801 1/2 Franklin Avenue<br>Grand Haven, MI 49417 | Gross wages: $511.94 - $121.92 taxes. Paid<br>per Order dated 8/10/15. | 5300-000 | | 390.02 | 98,913.72 |
| 11/05/15 | 114 | Dennis B. Crenshaw<br>224 Dartmouth Avenue<br>Holland, MI 49423 | Gross wages: $746.39 - $157.82 taxes. Paid<br>per Order dated 8/10/15. | 5300-000 | | 588.57 | 98,325.15 |
| 11/05/15 | 115 | William J DeVries<br>2749 Blue Stem Drive<br>Zeeland, MI 49464 | Gross wages: $677.26 - $125.32 taxes. Paid<br>per Order dated 8/10/15. | 5300-000 | | 551.94 | 97,773.21 |
| 11/05/15 | 116 | Stephen A. DeWitt<br>4547 48th Street<br>Holland, MI 49423 | Gross wages: $927.00 - $228.04 taxes.  Paid<br>per Order dated 8/10/15. | 5300-000 | | 698.96 | 97,074.25 |
| 11/05/15 | 117 | Tyler Folkert<br>316 Lorene Street<br>Wayland, MI 49348 | Gross wages: $1,627.10 - $489.62 taxes. Paid<br>by Order dated 8/10/15. | 5300-000 | | 1,137.48 | 95,936.77 |
| 11/05/15 | 118 | Brandon A. Hernandez<br>11693 Waverly Shores Street<br>Holland, MI 49424 | Gross wages: $626.85 - $153.59 taxes. Paid<br>per Order dated 8/10/15 | 5300-000 | | 473.26 | 95,463.51 |
| 11/05/15 | 119 | Steve Higgins<br>6700 M-89<br>Fennville, MI 49408 | Gross wages: $612.40 - $134.61 taxes.  Paid<br>per Order dated 8/10/15 | 5300-000 | | 477.79 | 94,985.72 |
| 11/05/15 | 120 | Robert L. Kok | Gross wages: $5,786.55 - $1,935.79 taxes. | 5300-000 | | 3,850.76 | 91,134.96 |

| | | | | **Subtotals :** | $0.00 | $9,938.65 | |

# Form 2

## Cash Receipts And Disbursements Record

Page: 4

| Case Number: | 15-01016 GTJ | Trustee: | Thomas C. Richardson (420390) |
| Case Name: | ENERGETX COMPOSITES, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***4071 | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 12/31/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | 4318 Glen Hollow Drive<br>Hudsonville, MI 49426 | Paid per Order dated 8/10/15 | | | | |
| 11/05/15 | 121 | Robert J. Kouw<br>2881 152nd Ave.<br>Holland, MI 49424 | Gross wages: $1,002.50 - $116.50 taxes. Paid<br>per Order dated 8/10/15 | 5300-000 | | 886.00 | 90,248.96 |
| 11/05/15 | 122 | Steven Lambert<br>4524 Hidden Ridge Dr.<br>Hudsonville, MI 49426-9775 | Gross wages: $4,384.62 - $1,453.78 taxes.<br>Paid per Order dated 8/10/15 | 5300-000 | | 2,930.84 | 87,318.12 |
| 11/05/15 | 123 | Derek Lewis<br>300 Farington Blvd. Apt. 44<br>Holland, MI 49423 | Gross wages: $3,846.18 - $1,396.69 taxes.<br>Paid per Order dated 8/10/15 | 5300-000 | | 2,449.49 | 84,868.63 |
| 11/05/15 | 124 | Nicole Lindstrom<br>PO Box 2354<br>Holland, MI 49422 | Gross wages: $575.75 - $139.52 taxes.  Paid<br>per Order dated 8/10/15 | 5300-000 | | 436.23 | 84,432.40 |
| 11/05/15 | 125 | David Locher<br>15 E 33rd St<br>Holland, MI 49423 | Gross wages: $7,673.08 - $2,704.02 taxes.<br>Paid per Order dated 8/10/15 | 5300-000 | | 4,969.06 | 79,463.34 |
| 11/05/15 | 126 | Edwin I. Lopez<br>3018 Sunrise Avenue<br>Holland, MI 49424 | Gross wages: $545.75 - $87.94 taxes. Paid per<br>Order dated 8/10/15. | 5300-000 | | 457.81 | 79,005.53 |
| 11/05/15 | 127 | Kim M. McGhan<br>538 Cherry Lane<br>Holland, MI 49424 | Gross wages: $200.04 - $28.53 taxes. Paid per<br>Order dated 8/10/15. | 5300-000 | | 171.51 | 78,834.02 |
| 11/05/15 | 128 | Jason I. Mitchell<br>8540 Bryce Road<br>Kenockee, MI 48006 | Gross wages: $188.13 - $36.39 taxes. Paid per<br>Order dated 8/10/15. | 5300-000 | | 151.74 | 78,682.28 |
| 11/05/15 | 129 | Robert M. Murphy<br>13012 Blueberry Lane | Gross wages: $690.84 - $56.06 taxes. Paid per<br>Order dated 8/10/15. | 5300-000 | | 634.78 | 78,047.50 |

| | | | | Subtotals : | $0.00 | $13,087.46 | |

# Form 2

Page: 5

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-01016 GTJ |
| **Case Name:** | ENERGETX COMPOSITES, LLC |
| **Taxpayer ID #:** | **-***4071 |
| **Period Ending:** | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Holland, MI 49424 | | | | | |
| 11/05/15 | 130 | Tori M. Olen<br>8102 Birchwood Avenue<br>Jenison, MI 49428 | Gross wages: $140.00 - $26.66 taxes. Paid per Order dated 8/10/15. | 5300-000 | | 113.34 | 77,934.16 |
| 11/05/15 | 131 | Julian A. Reyes-Hernandez<br>157 Walnut Avenue<br>Holland, MI 49423 | Gross wages: $546.00 - $130.98 taxes. Paid per Order dated 8/10/15 | 5300-000 | | 415.02 | 77,519.14 |
| 11/05/15 | 132 | Adam Sanders<br>3241 Crystal Valley Court<br>Holland, MI 49424 | Gross wages: $753.67 - $160.42 taxes.  Paid per Order dated 8/10/15 | 5300-000 | | 593.25 | 76,925.89 |
| 11/05/15 | 133 | Shawn M. Scheuer<br>12910 Vis Donna Lane<br>Holland, MI 49424 | Gross wages: $289.80 - $40.22 taxes.  Paid per Order dated 8/10/15. | 5300-000 | | 249.58 | 76,676.31 |
| 11/05/15 | 134 | Michael Schrotenboer<br>401 W. 31st Street<br>Holland, MI 49423 | Gross wages: $1,827.50 - $449.21 taxes.  Paid per Order dated 8/10/15 | 5300-000 | | 1,378.29 | 75,298.02 |
| 11/05/15 | 135 | Brenda S. Sibley<br>12667 136th Avenue<br>Grand Haven, MI 49417 | Gross wages: $104.28 - $18.41 taxes.  Paid per Order dated 8/10/15 | 5300-000 | | 85.87 | 75,212.15 |
| 11/05/15 | 136 | Jordan D. Upton<br>518 William<br>Zeeland, MI 49464 | Gross wages: $601.02 - $134.51 taxes. Paid per Order dated 8/10/15 | 5300-000 | | 466.51 | 74,745.64 |
| 11/05/15 | 137 | Andrew Walcott<br>4520 Jacob Street SW<br>Grandville, MI 49418 | Gross wages: $1,921.50 - $620.65 taxes. Paid per Order dated 8/10/15 | 5300-000 | | 1,300.85 | 73,444.79 |
| 11/05/15 | 138 | Brian R. Warren<br>4344 112th Avenue<br>Allegan, MI 49010 | Gross wages: $614.00 - $150.07 taxes. Paid per Order dated 8/10/15 | 5300-000 | | 463.93 | 72,980.86 |

**Subtotals :**          **$0.00**          **$5,066.64**

{} Asset reference(s)

Printed: 01/20/2017 11:29 AM          V.13.29

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-01016 GTJ |
| **Case Name:** | ENERGETX COMPOSITES, LLC |
| **Taxpayer ID #:** | **-***4071 |
| **Period Ending:** | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/05/15 | 139 | Kenneth R. Westmaas<br>6575 Balsam Drive<br>Apt. 103<br>Hudsonville, MI 49426 | Gross wages: $715.75 - $177.18 taxes. Paid per Order dated 8/10/15 | 5300-000 | | 538.57 | 72,442.29 |
| 11/05/15 | 140 | Kenneth Workinger<br>17611 Hiawatha<br>Spring Lake, MI 49456 | Gross wages: $3,768.96 - $1,158.97 taxes. Paid per Order dated 8/10/15 | 5300-000 | | 2,609.99 | 69,832.30 |
| 11/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 161.73 | 69,670.57 |
| 01/15/16 | 141 | State of Michigan<br>Michigan Department of Treasury<br>PO Box 30324<br>Lansing, MI 48909-7824 | 2015 Sales, Use and withholding - quarterly return | 2690-730 | | 1,801.50 | 67,869.07 |
| 01/15/16 | 142 | Internal Revenue Service<br>PO Box 804522<br>Cincinnati, OH 45280-4522 | Quarterly federal tax return - 4th quarter | 2690-730 | | 14,800.74 | 53,068.33 |
| 01/22/16 | 143 | Insurance | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #15-01016<br>Voided on 01/22/16 | 2300-000 | | 2,446.09 | 50,622.24 |
| 01/22/16 | 143 | Insurance | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 12/31/2015 FOR CASE #15-01016<br>Voided: check issued on 01/22/16 | 2300-000 | | -2,446.09 | 53,068.33 |
| 01/25/16 | 110 | Tyler J. Andry<br>13862 N. Traditions Way<br>Holland, MI 49424 | Gross wages: $194.13 - $38.10 taxes.  Paid per Order dated 8/10/15.<br>Stopped: check issued on 11/05/15 | 5300-000 | | -156.03 | 53,224.36 |
| 01/25/16 | 144 | Tyler J. Andry<br>67 E. Apple Lane | Wages | 5300-000 | | 156.03 | 53,068.33 |

| | | | Subtotals : | | $0.00 | $19,912.53 | |

# Form 2
Page: 7

## Cash Receipts And Disbursements Record

| Case Number: | 15-01016 GTJ | Trustee: | Thomas C. Richardson (420390) |
|---|---|---|---|
| Case Name: | ENERGETX COMPOSITES, LLC | Bank Name: | Rabobank, N.A. |
| | | Account: | ******9166 - Checking Account |
| Taxpayer ID #: | **-***4071 | Blanket Bond: | $2,000,000.00   (per case limit) |
| Period Ending: | 12/31/16 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Fennville, MI 49408 | | | | | |
| 02/24/16 | 145 | Miedema Appraisals, Inc.<br>601 Gordon Industrial Court<br>Byron Center, MI 49315 | Appraiser fees | 3711-000 | | 2,200.00 | 50,868.33 |
| 02/26/16 | | From Account #******9168 | Transfer funds to pay Court Order | 9999-000 | 748,946.99 | | 799,815.32 |
| 02/26/16 | 146 | City of Holland<br>Treasurer's Office<br>270 River Avenue<br>Holland, MI 49423 | Delinquent personal property taxes | 4210-000 | | 4,739.32 | 795,076.00 |
| 02/26/16 | 147 | NCTI-EC, LLC | Distribution to creditor per Order dated 2/26/16 | 4210-000 | | 750,000.00 | 45,076.00 |
| 03/01/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 233.57 | 44,842.43 |
| 03/02/16 | | Rabobank, N.A. | Bank and Technology Services Fee<br>Adjustment | 2600-000 | | -233.57 | 45,076.00 |
| 03/09/16 | 111 | Donovan Barnes<br>420 East Main Street<br>Hopkins, MI 49328 | Gross wages: $384.00 - $67.70 taxes.  Paid<br>per Order dated 8/10/15.<br>Stopped: check issued on 11/05/15 | 5300-000 | | -316.30 | 45,392.30 |
| 03/18/16 | 148 | CLERK - US BANKRUPTCY<br>COURT<br>ONE DIVISION AVE., NW<br>ROOM 200<br>GRAND RAPIDS, MI 49503 | Unclaimed funds | 2700-001 | | 316.30 | 45,076.00 |
| 03/24/16 | 149 | Ullrey & Company | Accountant fees | 3410-000 | | 425.00 | 44,651.00 |
| 03/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 216.00 | 44,435.00 |
| 07/12/16 | | From Account #******9167 | Transfer funds to combine all in one account | 9999-000 | 119,221.36 | | 163,656.36 |
| 07/12/16 | | From Account #******9168 | Transfer funds to be in just one account. | 9999-000 | 1,191.65 | | 164,848.01 |
| 07/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 228.57 | 164,619.44 |
| 08/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 259.74 | 164,359.70 |
| 09/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 235.76 | 164,123.94 |

| | | | | Subtotals : | $869,360.00 | $758,304.39 | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-01016 GTJ |
| **Case Name:** | ENERGETX COMPOSITES, LLC |
| | |
| **Taxpayer ID #:** | **-***4071 |
| **Period Ending:** | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $2,000,000.00   (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 227.57 | 163,896.37 |
| 11/11/16 | 150 | Donovan Barnes<br>3849 Allegan Dam Road<br>Allegan, MI 49010 | Final distribution | 5300-000 | | 316.30 | 163,580.07 |
| 11/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 250.60 | 163,329.47 |
| 12/08/16 | 151 | RAYMAN & KNIGHT<br>141 E. MICHIGAN AVENUE<br>SUITE 301<br>KALAMAZOO, MI 49007 | Attorney fees | 3210-000 | | 22,227.00 | 141,102.47 |
| 12/08/16 | 152 | RAYMAN & KNIGHT<br>141 E. MICHIGAN AVENUE<br>SUITE 301<br>KALAMAZOO, MI 49007 | Attorney expenses | 3220-000 | | 3,449.11 | 137,653.36 |
| 12/08/16 | 153 | Thomas C. Richardson<br>P.O. Box 51067<br>Kalamazoo, MI 49005-1067 | Dividend paid 100.00% on $45,000.00, Trustee Compensation; Reference: | 2100-000 | | 45,000.00 | 92,653.36 |
| 12/08/16 | 154 | Thomas C. Richardson<br>P.O. Box 51067<br>Kalamazoo, MI 49005-1067 | Dividend paid 100.00% on $2,752.39, Trustee Expenses; Reference: | 2200-000 | | 2,752.39 | 89,900.97 |
| 12/08/16 | 155 | Donovan Barnes<br>2212 12th Avenue W.<br>Apt. 3<br>Jasper, AL 35501 | Dividend paid 100.00% on $316.30; Claim# 4;<br>Filed: $384.00; Reference:<br>Voided on 12/08/16 | 5300-000 | | 316.30 | 89,584.67 |
| 12/08/16 | 155 | Donovan Barnes<br>2212 12th Avenue W.<br>Apt. 3<br>Jasper, AL 35501 | Dividend paid 100.00% on $316.30; Claim# 4;<br>Filed: $384.00; Reference:<br>Voided: check issued on 12/08/16 | 5300-000 | | -316.30 | 89,900.97 |
| 12/08/16 | 156 | Internal Revenue Service | Dividend paid 100.00% on $500.00; Claim# | 5800-000 | | 500.00 | 89,400.97 |

| | | | | **Subtotals :** | **$0.00** | **$74,722.97** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

Page: 9

| | | | | | | |
|---|---|---|---|---|---|---|
| **Case Number:** | 15-01016 GTJ | | **Trustee:** | Thomas C. Richardson (420390) | | |
| **Case Name:** | ENERGETX COMPOSITES, LLC | | **Bank Name:** | Rabobank, N.A. | | |
| | | | **Account:** | ******9166 - Checking Account | | |
| **Taxpayer ID #:** | **-***4071 | | **Blanket Bond:** | $2,000,000.00   (per case limit) | | |
| **Period Ending:** | 12/31/16 | | **Separate Bond:** | N/A | | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | Centralized Insolvency Operation<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | 39P; Filed: $500.00; Reference: | | | | |
| 12/08/16 | 157 | Environmental Partners, Inc.<br>305 Hoover Blvd., Suite 200<br>Holland, MI 49423 | Dividend paid   1.61% on $750.00; Claim# 1;<br>Filed: $750.00; Reference: | 7100-000 | | 12.14 | 89,388.83 |
| 12/08/16 | 158 | RD Technologies - Paul A.<br>Dickensheets<br>2303 sunset bluff drive<br>holland, MI 49424 | Dividend paid   1.61% on $10,825.00; Claim#<br>3; Filed: $10,825.00; Reference: | 7100-000 | | 175.10 | 89,213.73 |
| 12/08/16 | 159 | Plante Moran<br>600 East Front Street<br>Suite 300<br>Traverse City, MI 49686-9828 | Dividend paid   1.61% on $57,782.00; Claim#<br>5; Filed: $57,782.00; Reference: | 7100-000 | | 934.67 | 88,279.06 |
| 12/08/16 | 160 | Aerotek Inc.<br>Attn: Andrea Thompson<br>7301 Parkway Drive<br>Hanover, MD 21076 | Dividend paid   1.61% on $7,943.68; Claim# 7;<br>Filed: $7,943.68; Reference: | 7100-000 | | 128.50 | 88,150.56 |
| 12/08/16 | 161 | McMaster-Carr<br>200 Aurora Industrial Parkway<br>Aurora, OH 44202 | Dividend paid   1.61% on $220.44; Claim# 11;<br>Filed: $220.44; Reference: | 7100-000 | | 3.57 | 88,146.99 |
| 12/08/16 | 162 | Randack Fasteners Americas Inc<br>920 Donata Court<br>Lake Zurich, IL 60047-5025 | Dividend paid   1.61% on $12,500.00; Claim#<br>12; Filed: $12,500.00; Reference: | 7100-000 | | 202.20 | 87,944.79 |
| 12/08/16 | 163 | Action Industrial Supply<br>1840 Sixth St.<br>Muskegon, MI 49441 | Dividend paid   1.61% on $541.56; Claim# 13;<br>Filed: $541.56; Reference: | 7100-000 | | 8.76 | 87,936.03 |
| 12/08/16 | 164 | motor supply of holland / dba napa | Dividend paid   1.61% on $205.47; Claim# 15; | 7100-000 | | 3.32 | 87,932.71 |

| | Subtotals : | $0.00 | $1,468.26 |
|---|---|---|---|

# Form 2

Page: 10

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-01016 GTJ |
| **Case Name:** | ENERGETX COMPOSITES, LLC |
| **Taxpayer ID #:** | **-***4071 |
| **Period Ending:** | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $2,000,000.00 (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | 5<br><br>T-Code | 6<br>Receipts<br>$ | 7<br>Disbursements<br>$ | <br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | auto parts<br>531 chicago dr<br>holland, MI 49423 | Filed: $205.47; Reference: | | | | |
| 12/08/16 | 165 | ADP LLC<br>c/o Martha Flores<br>1851 N. Resler<br>El Paso, TX 79912 | Dividend paid   1.61% on $630.04; Claim# 16;<br>Filed: $630.04; Reference: | 7100-000 | | 10.19 | 87,922.52 |
| 12/08/16 | 166 | Fiberlay, Inc.<br>24 S. Idaho Street<br>Seattle, WA 98134-1119 | Dividend paid   1.61% on $21,323.01; Claim#<br>17; Filed: $21,323.01; Reference: | 7100-000 | | 344.92 | 87,577.60 |
| 12/08/16 | 167 | BDO USA,LLP<br>Attn: Laurence W. Goldberg<br>4135 Mendenhall Oaks Pkwy.,Ste.<br>140<br>High Point, NC 27265-8143 | Dividend paid   1.61% on $6,500.00; Claim#<br>20; Filed: $6,500.00; Reference: | 7100-000 | | 105.14 | 87,472.46 |
| 12/08/16 | 168 | W.W. Grainger Inc<br>Attn: Special Collections Dept<br>7300 N. Melvina Ave<br>Niles, IL 60714 | Dividend paid   1.61% on $4,532.20; Claim#<br>22; Filed: $4,532.20; Reference: | 7100-000 | | 73.31 | 87,399.15 |
| 12/08/16 | 169 | Kelly Services Inc<br>999 West Big Beaver<br>Troy, MI 48084 | Dividend paid   1.61% on $29,736.99; Claim#<br>23; Filed: $29,736.99; Reference: | 7100-000 | | 481.02 | 86,918.13 |
| 12/08/16 | 170 | Honigman Miller Schwartz and Cohn<br>LLP<br>660 Woodward Avenue,2290 First<br>National<br>Building,Attn: Joseph R. Sgroi<br>Detroit, MI 48226-3506 | Dividend paid   1.61% on $30,885.73; Claim#<br>32; Filed: $30,885.73; Reference: | 7100-000 | | 499.60 | 86,418.53 |
| 12/08/16 | 171 | Northern Power Systems, Inc. | Dividend paid   1.61% on $2,994,552.90; | 7100-000 | | 48,439.36 | 37,979.17 |
| | | | **Subtotals :** | | **$0.00** | **$49,953.54** | |

{} Asset reference(s)

# Form 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: | 15-01016 GTJ |
| Case Name: | ENERGETX COMPOSITES, LLC |
| Taxpayer ID #: | **-***4071 |
| Period Ending: | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9166 - Checking Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| | | c/o Harold E. Nelson,Rhoades McKee PC,55 Campau Avenue, NW, Suite 300 Grand Rapids, MI 49503 | Claim# 33; Filed: $2,994,552.90; Reference: | | | | |
| 12/08/16 | 172 | Corporate Benefit Strategies (bswift) 5001 Plainfield Avenue NE, Suite A Grand Rapids, MI 49525-1050 | Dividend paid   1.61% on $87.98; Claim# 36; Filed: $87.98; Reference: | 7100-000 | | 1.42 | 37,977.75 |
| 12/08/16 | 173 | Internal Revenue Service Centralized Insolvency Operation PO Box 7346 Philadelphia, PA 19101-7346 | Dividend paid   1.61% on $500.00; Claim# 39U; Filed: $500.00; Reference: | 7100-000 | | 8.09 | 37,969.66 |
| 12/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 176.66 | 37,793.00 |

| | | | |
|---|---|---|---|
| **ACCOUNT TOTALS** | 1,038,449.16 | 1,000,656.16 | **$37,793.00** |
| Less: Bank Transfers | 875,579.68 | 0.00 | |
| **Subtotal** | 162,869.48 | 1,000,656.16 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$162,869.48** | **$1,000,656.16** | |

{} Asset reference(s)

# Form 2

Page: 12

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-01016 GTJ |
| **Case Name:** | ENERGETX COMPOSITES, LLC |
| **Taxpayer ID #:** | **-***4071 |
| **Period Ending:** | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9167 - Escrow Account |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/12/15 | {7} | Rhoades McKee IOLTA Account 2 | Money to be held in escrow | 1129-000 | 82,500.00 | | 82,500.00 |
| 04/08/15 | {5} | Bank of Holland | close out bank account | 1129-000 | 4,960.23 | | 87,460.23 |
| 04/09/15 | {4} | Macatawa Bank | close out bank account | 1129-000 | 6,219.68 | | 93,679.91 |
| 04/22/15 | | To Account #******9166 | Transfer to regular checking account | 9999-000 | | 6,219.68 | 87,460.23 |
| 04/27/15 | {7} | DRS | Sale of machinery and equipment | 1129-000 | 20,372.56 | | 107,832.79 |
| 05/04/15 | {2} | Priority Health | Refund | 1121-000 | 10,983.73 | | 118,816.52 |
| 05/05/15 | {2} | Automatic Data Processing | A/R | 1121-000 | 521.44 | | 119,337.96 |
| 05/13/15 | {2} | Delta Dental | AR | 1121-000 | 551.83 | | 119,889.79 |
| 05/26/15 | {2} | Priority Health | A/R | 1121-000 | 45.14 | | 119,934.93 |
| 04/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 223.77 | 119,711.16 |
| 05/31/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 229.25 | 119,481.91 |
| 06/30/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 260.55 | 119,221.36 |
| 07/12/16 | | To Account #******9166 | Transfer funds to combine all in one account | 9999-000 | | 119,221.36 | 0.00 |

|  | | |
|---|---|---|
| **ACCOUNT TOTALS** | 126,154.61 | 126,154.61 | $0.00 |
| Less: Bank Transfers | 0.00 | 125,441.04 |
| **Subtotal** | **126,154.61** | **713.57** |
| Less: Payments to Debtors | | 0.00 |
| **NET Receipts / Disbursements** | **$126,154.61** | **$713.57** |

{} Asset reference(s)

# Form 2

Page: 13

## Cash Receipts And Disbursements Record

Case Number: 15-01016 GTJ
Case Name: ENERGETX COMPOSITES, LLC

Taxpayer ID #: **-***4071
Period Ending: 12/31/16

Trustee: Thomas C. Richardson (420390)
Bank Name: Rabobank, N.A.
Account: ******9168 - Escrow Account - 2
Blanket Bond: $2,000,000.00 (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 04/22/15 | {7} | S2 Yachts, Incorporated | Asset purchase | 1129-000 | 267,469.64 | | 267,469.64 |
| 06/29/15 | {7} | Molded Fiber Glass Co. | Sale of equipment | 1129-000 | 385,000.00 | | 652,469.64 |
| 07/17/15 | {7} | Composite Builders | Sale of Personal Property | 1129-000 | 17,500.00 | | 669,969.64 |
| 07/17/15 | {7} | Compostie Builders | reverse error made in deposit | 1129-000 | -10,000.00 | | 659,969.64 |
| 07/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 851.10 | 659,118.54 |
| 08/17/15 | 101 {7} | Composite Builders, LLC | Refund | 1129-002 | -2,600.00 | | 656,518.54 |
| 12/28/15 | {7} | S2 Yachts, Incorporated | sale of equipment | 1129-000 | 92,769.00 | | 749,287.54 |
| 12/31/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 121.36 | 749,166.18 |
| 01/29/16 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 219.19 | 748,946.99 |
| 02/26/16 | | To Account #******9166 | Transfer funds to pay Court Order | 9999-000 | | 748,946.99 | 0.00 |
| 03/08/16 | | Rabobank, N.A. | Bank and Technology Services Fee Adjustment | 2600-002 | | -1,191.65 | 1,191.65 |
| 07/12/16 | | To Account #******9166 | Transfer funds to be in just one account. | 9999-000 | | 1,191.65 | 0.00 |

|  |  |  |
|---|---|---|
| ACCOUNT TOTALS | 750,138.64 | 750,138.64 | $0.00 |
| Less: Bank Transfers | 0.00 | 750,138.64 |
| Subtotal | 750,138.64 | 0.00 |
| Less: Payments to Debtors | | 0.00 |
| NET Receipts / Disbursements | $750,138.64 | $0.00 |

{} Asset reference(s)

Printed: 01/20/2017 11:29 AM    V.13.29

# Form 2

Page: 14

## Cash Receipts And Disbursements Record

| | |
|---|---|
| **Case Number:** | 15-01016 GTJ |
| **Case Name:** | ENERGETX COMPOSITES, LLC |
| **Taxpayer ID #:** | **-***4071 |
| **Period Ending:** | 12/31/16 |

| | |
|---|---|
| **Trustee:** | Thomas C. Richardson (420390) |
| **Bank Name:** | Rabobank, N.A. |
| **Account:** | ******9168 - Escrow Account - 2 |
| **Blanket Bond:** | $2,000,000.00  (per case limit) |
| **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|

| | |
|---|---|
| Net Receipts : | 1,039,162.73 |
| Less Other Noncompensable Items : | -3,791.65 |
| Net Estate : | $1,042,954.38 |

| **TOTAL - ALL ACCOUNTS** | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| **Checking # ******9166** | 162,869.48 | 1,000,656.16 | 37,793.00 |
| **Checking # ******9167** | 126,154.61 | 713.57 | 0.00 |
| **Checking # ******9168** | 750,138.64 | 0.00 | 0.00 |
| | $1,039,162.73 | $1,001,369.73 | $37,793.00 |

{} Asset reference(s)